STATE v. JACKSON

No. 142 PC.

Case below: 36 N.C. App. 126.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. JACOBS

No. 169 PC.

Case below: 36 N.C. App. 387.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. JENKINS

No. 125 PC.

Case below: 35 N.C. App. 758.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. LOUCHHEIM

No. 131 PC.

No. 50 (Fall Term).

Case below: 36 N.C. App. 271.

On reconsideration, petition by defendant for discretionary review under G.S. 7A-31 and defendant's appeal allowed 14 July 1978.

STATE v. MOORE

No. 161 PC.

Case below: 36 N.C. App. 388.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.